THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROCKFORD PIPE TRADES INDUSTRY PENSION FUND;<br>PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. HEALTH & WELFARE FUND;<br>PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. JOURNEYMAN AND APPRENTICE TRAINING FUND;<br>ROCKFORD PIPE INDUSTRY 401(K) PLAN;<br>PIPING INDUSTRY COUNCIL OF THE ROCKFORD AREA;<br>ROCKFORD PIPE TRADES LMCC; and<br>PLUMBERS & PIPE FITTERS, LOCAL 23, U.A.,<br><br>Plaintiffs,<br><br>vs.<br><br>FIORENZA ENTERPRISES, INC. d/b/a SERVICE PLUMBING, an Illinois Corporation,<br><br>Defendant. | CASE NO.: 1:23-cv-3601<br><br>JUDGE:<br><br>MAG. JUDGE: |

## COMPLAINT

NOW COME the Plaintiffs, the ROCKFORD PIPE TRADES INDUSTRY PENSION FUND *et al.*, by and through their attorneys, JOHNSON & KROL LLC, complaining of the Defendant FIORENZA ENTERPRISES, INC. d/b/a SERVICE PLUMBING, and allege as follows:

## JURISDICTION AND VENUE

1. Count I of this action arises under Sections 502 and 515 of Employee Retirement Income Security Act (hereinafter referred to as "ERISA") (29 U.S.C. §§ 1132 and 1145) and Section 301 of the Labor-Management Relations Act. (29 U.S.C. § 185). The Court has jurisdiction over the subject matter of Count I pursuant to 29 U.S.C. § 1132(e)(1) and 28

U.S.C. § 1331.

2. Venue is proper in this Court pursuant to 29 U.S.C. § 1132(e)(2) in that the ROCKFORD PIPE TRADES INDUSTRY PENSION FUND; the PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. HEALTH & WELFARE FUND; the PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. JOURNEYMAN AND APPRENTICE TRAINING FUND and the ROCKFORD PIPE INDUSTRY 401(K) PLAN (collectively, "TRUST FUNDS") are administered at 1520 Kensington Road, Suite 200, Oak Brook, Illinois and pursuant to 28 U.S.C. § 1391(b)(2) in that a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in the Northern District of Illinois, Eastern Division.

## PARTIES

3. The Board of Trustees of the TRUST FUNDS are authorized to administer the TRUST FUNDS, which receive contributions from numerous employers pursuant to collective bargaining agreements between the employers and the PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. ("UNION"), and therefore are multi-employer plans under 29 U.S.C. § 1002.

4. The PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. JOURNEYMAN AND APPRENTICE TRAINING FUND is the collection agent for the International Training Fund.

5. The ROCKFORD PIPE TRADES LMCC ("RPT-LMCC") is a labor-management cooperative committee administered in Rockford, Illinois.

6. The PIPING INDUSTRY COUNCIL OF THE ROCKFORD AREA ("PICRA") is an industry improvement fund administered in Bettendorf, Iowa.

7. The UNION is the bargaining representative of Defendant FIORENZA ENTERPRISES,

INC. d/b/a SERVICE PLUMBING's ("SERVICE PLUMBING") plumber and pipe fitter employees.

8. SERVICE PLUMBING is an Illinois Corporation with its principal place of business located in Loves Park, Illinois.

**COUNT I**
**BREACH OF THE LABOR AGREEMENT AND**
**ALUMNI PARTICIPATION AGREEMENT**

9. Plaintiffs re-allege and incorporate the allegations contained in paragraphs 1-8 of this Complaint with the same force and effect as if fully set forth herein.

10. Defendant SERVICE PLUMBING is an employer engaged in an industry affecting commerce that entered into a Subscription Agreement with the UNION. (A copy of the Subscription Agreement is attached as **Exhibit 1**)

11. Through the Subscription Agreement, SERVICE PLUMBING agreed to be bound by the provisions of the Labor Agreement negotiated between the UNION and the Piping Industry Council of the Rockford Area, Inc. for all times relevant to this action. (A copy of the Labor Agreement is attached as **Exhibit 2**).

12. Through the agreements referred to in paragraphs 10 and 11, SERVICE PLUMBING also became bound by the provisions of the Agreements and Declarations of Trust which created and govern the management of the TRUST FUNDS (hereinafter referred to as the "Trust Agreements").

13. Pursuant to the provisions of the Labor Agreement, SERVICE PLUMBING is required to deduct dues and other check-off deductions ("union dues") from its plumber and pipe fitter employees' paychecks and remit the union dues to the UNION on a monthly basis.

14. Pursuant to the provisions of the Labor Agreement and the Trust Agreements, employers

are required to make monthly reports of hours paid by their plumber and pipe fitter employees ("Contribution Reports") and pay contributions to the TRUST FUNDS, RPT-LMCC, and PICRA for each hour paid at the negotiated rate pursuant to the Labor Agreement. The Contribution Reports and payments during all times relevant were due on or before the tenth (10th) day of the calendar month following the calendar month during which the work was performed. (**Exhibit 2**).

15. Pursuant to the Labor Agreement and Trust Agreements, employers who fail to report or remit contributions to the TRUST FUNDS, RPT-LMCC, and PICRA on or before the fifteenth (15th) day of the month in which they are due are responsible for the payment of liquidated damages equal to five percent (5%) of the delinquent contributions and interest at the rate of Prime plus two percent (2%) per annum from the first (1st) day of the month following the month in which they are due until paid, plus any reasonable attorneys' fees and costs. (**Exhibit 2**).

16. SERVICE PLUMBING is also signatory to an Alumni Participation Agreement with the TRUST FUNDS. (A copy of the Alumni Participation Agreement is attached hereto as **Exhibit 3**).

17. The Alumni Participation Agreement defines the term "Alumni" as "employees who were previously working under the Collective Bargaining Agreements but who are now salaried employees . . ." (**Exhibit 3**).

18. Paragraph 1 of the Alumni Participation Agreement provides that:

> [SERVICE PLUMBING] shall pay contributions to the [TRUST FUNDS] on behalf of the Alumni listed on the attached Exhibit A as along as [SERVICE PLUMBING] is signatory to a Collective Bargaining Agreement with the [UNION] and the Alumni remains in [SERVICE PLUMBING's] employ at the contribution rates which are generally applicable under the Collective Bargaining Agreement. [SERVICE

>
> PLUMBING] shall pay 160 hours of contributions per Alumni per month to the [TRUST FUNDS].

(**Exhibit 3**).

19. Pursuant to the Alumni Participation Agreement, SERVICE PLUMBING is required to pay 160 hours of contributions to the TRUST FUNDS on behalf of its current Alumni employee, Jason Fiorenza. (**Exhibit 3**).

20. SERVICE PLUMBING failed to timely remit contributions to the TRUST FUNDS, RMT-LMCC and PICRA for the month of March 2023.

21. As a result of SERVICE PLUMBING's failure to timely remit contributions to the TRUST FUNDS, RMT-LMCC and PICRA for the month of March 2023, liquidated damages have been assessed in the amount of $673.04 and interest has accrued in the amount of $42.41.

22. SERVICE PLUMBING also failed to submit its contribution report and corresponding payment to Plaintiffs for the month of April 2023 and therefore owes contributions, liquidated damages, and interest to the TRUST FUNDS, RMT-LMCC and PICRA, and union dues to the UNION in an unknown amount.

23. SERVICE PLUMBING has a continuing obligation to pay contributions to the TRUST FUNDS, RMT-LMCC and PICRA, and union dues to the UNION, and as a result, additional monies may be owed.

24. Plaintiffs have been required to employ the undersigned attorneys to collect the monies due and owing from SERVICE PLUMBING.

25. Plaintiffs have complied with all conditions precedent in bringing this suit.

26. Defendant SERVICE PLUMBING is obligated to pay the reasonable attorneys' fees and costs incurred by Plaintiffs pursuant to the Labor Agreement, Trust Agreements, Alumni Participation Agreement, and 29 U.S.C. § 1132(g)(2(D).

**WHEREFORE,** Plaintiffs respectfully request that:

A. Judgment be entered in favor of Plaintiffs and against Defendant SERVICE PLUMBING in the aggregate amount of $715.45, itemized as follows:

    i. $673.04 in liquidated damages for March 2023; and

    ii. $42.41in interest for March 2023.

B. Defendant SERVICE PLUMBING be ordered to submit its contribution report for the month of April 2023 and that judgment be entered in favor of the Plaintiffs and against Defendant SERVICE PLUMBING for the corresponding contributions, union dues, liquidated damages, and interest revealed to be due and owing;

C. Judgment be entered in favor of Plaintiffs and against Defendant SERVICE PLUMBING for any other amounts that may be discovered as due and owing by Defendant SERVICE PLUMBING to the Plaintiffs in addition to the amounts identified in Paragraphs A and B above;

D. Defendant SERVICE PLUMBING be ordered to pay the reasonable attorneys' fees and costs incurred by the Plaintiffs pursuant to the Labor Agreement, Trust Agreements, and 29 U.S.C. §1132(g)(2)(D); and

E. Plaintiffs have such other and further relief as the Court may deem just and equitable all at Defendant SERVICE PLUMBING's cost, pursuant to 29 U.S.C. §1132(g)(2)(E).

    Respectfully Submitted,

    **ROCKFORD PIPE TRADES**
    **INDUSTRY PENSION FUND**
    *et al.*

    /s/ Adam Y. Decker
    Adam Y. Decker (63407-53)

JOHNSON & KROL, LLC
450 E. 96th Street, Suite 500
Indianapolis, Indiana 46240
(317) 754-8720
decker@johnsonkrol.com

*One of Plaintiffs' Attorneys*