# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rockford Pipe Trades Industry Pension Fund, et al.

                Plaintiff,

v.                                Case No.: 1:23−cv−03601

                                        Honorable Sharon Johnson Coleman

Fiorenza Enterprises, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 12, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 3/12/2024. Defendant did not appear nor contact the Court. Plaintiffs' motion for default judgment [22] is entered and continued. An in−person prove up hearing is set for 4/26/2024 at 10:15 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.