UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROCKFORD PIPE TRADES INDUSTRY PENSION FUND; PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. HEALTH & WELFARE FUND; PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. JOURNEYMAN AND APPRENTICE TRAINING FUND; ROCKFORD PIPE INDUSTRY 401(K) PLAN; PIPING INDUSTRY COUNCIL OF THE ROCKFORD AREA; ROCKFORD PIPE TRADES LMCC; and PLUMBERS & PIPE FITTERS, LOCAL 23, U.A., <br><br> Plaintiffs, <br><br> vs. <br><br> FIORENZA ENTERPRISES, INC. d/b/a SERVICE PLUMBING, an Illinois Corporation, <br><br> Defendant. | Case No.: 1:23-cv-3601 <br><br> Judge: Sharon Johnson Coleman <br><br> Mag. Judge: Gabriel A. Fuentes |

## DEFAULT JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' Motion for Default Judgment and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED:**

1. Judgment be entered in favor of Plaintiffs and against Defendant Fiorenza Enterprises, Inc. d/b/a Service Plumbing in the amount of $6,366.70 in attorneys' fees and court costs.

2. Plaintiffs have such other and further relief as the Court may deem just and equitable all at Defendant Service Plumbing's cost, pursuant to 29 U.S.C. §1132(g)(2)(E).

**ENTERED:**

_____
Sharon Johnson Coleman
United States District Judge

Date: May 14, 2024